UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ALFONSO GALLARDO-MORENO
(A-Number: 235-816-758),

Petitioner,

v.

WARDEN, GOLDEN STATE ANNEX;
FIELD OFFICE DIRECTOR, ICE
Enforcement and Removal Operations;
KRISTI NOEM, Secretary, DHS,

Respondents.

No.  1:26-cv-01151-KES-FJS (HC)

ORDER ADOPTING FINDINGS AND
RECOMMENDATIONS, GRANTING
PETITION FOR WRIT OF HABEAS
CORPUS, AND REQUIRING IMMEDIATE
RELEASE

Doc. 1

Petitioner Alfonso Gallardo-Moreno is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 11, 2026, the assigned magistrate judge issued findings and recommendations that recommended granting the petition and ordering petitioner's immediate release.  Doc. 18. The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within ten days after service.  On May 18, 2026, respondents filed a one sentence objection, objecting "based on the arguments raised in the prior filings and during the status conference hearing."  Doc. 19.

In accordance with 28 U.S.C. § 636(b)(1), the Court reviewed the matter de novo.  Having carefully reviewed the file, including respondents' objections, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

1

The Court ORDERS:

1. The findings and recommendations, Doc. 18, are ADOPTED in full.

2. The petition for writ of habeas corpus, Doc. 1, is GRANTED.

3. The motion for temporary restraining order, Doc. 12, is terminated as moot.

4. Respondent are ORDERED TO IMMEDIATELY RELEASE petitioner subject to the conditions imposed by the immigration judge and shall not re-detain petitioner pursuant to 8 U.S.C. § 1225(b).

5. The Clerk of Court is directed to close this case and enter judgment for petitioner.

6. The Clerk is directed to serve Golden State Annex with a copy of this Order.

IT IS SO ORDERED.

Dated:   May 20, 2026

_____
UNITED STATES DISTRICT JUDGE